# First District Court of Appeal
## State of Florida

_____

No. 1D2024-1616

_____

Daniel Eugene Feitz,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

October 24, 2025

Per Curiam.

Affirmed.

Kelsey, Tanenbaum, and Long, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert L. Sirianni, Jr. of Brownstone, P.A., Winter Park, for Appellant.

James Uthmeier, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.